**STATE of Missouri, Respondent,**

v.

**Leonel LOZANO, Jr., Appellant.**

**No. WD 63436.**

Missouri Court of Appeals, Western District.

Nov. 15, 2005.

Sarah Weber Patel, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Leonel Lozano, Jr., was convicted, after a jury trial, of two counts of statutory sodomy in the second degree and one count of attempted statutory sodomy in the second degree, in violation of sections 566.064 and 564.011, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).